STATE v. WILLIAMS

No. 48P01

Case below: 139 N.C. App. 636

Petition by defendant for writ of certiorari denied 1 March 2001.

STATE v. WOOTEN

No. 8P01

Case below: 140 N.C. App. 791

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 1 February 2001.

STATE v. YOUNG

No. 454PA00

Case below: 140 N.C. App. 1

Notice of appeal by the Attorney General pursuant to G.S. 7A-30 (substantial constitutional question) dismissed ex mero motu 1 March 2001. Petition by the Attorney General for discretionary review pursuant to G.S. 7A-31 allowed 1 March 2001. Conditional petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 1 March 2001.

STATE v. YOUNGS

No. 76P01

Case below: 141 N.C. App. 220

Motion by the Attorney General to dismiss the appeal for lack of substantial constitutional question allowed 1 March 2001. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 1 March 2001. Justice Edmunds recused.

STEVENS v. GUZMAN

No. 97PA01

Case below: 140 N.C. App. 780

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 allowed 6 March 2001. Justice Edmunds recused.